**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| OMAR ADRIAN RODRIGUEZ-PEREZ, | No. 04-70084 |
| Petitioner, |  |
| v. | Agency No. A073-825-972 |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM * |
| Respondent. |  |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 17, 2009 **

Before:    ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

Omar Adrian Rodriguez-Perez, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal

from an immigration judge's ("IJ") decision denying voluntary departure and a

---

\*    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*    The panel unanimously finds this case suitable for decision without
oral argument.  *See* Fed. R. App. P. 34(a)(2).

JTK/Research

waiver of inadmissibility under 8 U.S.C. § 1182(h).  Our jurisdiction is governed by 8 U.S.C. § 1252.  We review de novo questions of law and constitutional claims.  *Vasquez-Zavala v. Ashcroft*, 324 F.3d 1105, 1107 (9th Cir. 2003).  We dismiss in part and deny in part the petition for review.

We lack jurisdiction to review Rodriguez-Perez's contention that the IJ erred and violated due process by failing to inform him of the availability of pre-hearing voluntary departure because Rodriguez-Perez failed to raise this contention before the BIA.  *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir. 2004).

The agency did not err in requiring Rodriguez-Perez to establish the good moral character required under 8 U.S.C. § 1229c(b)(1)(B).  *See* 8 C.F.R. § 1240.26(b)(1)(i)(A)-(B).

Assuming without deciding that Rodriguez-Perez has standing to raise his equal protection challenge to 8 U.S.C. § 1182(h), we conclude that Rodriguez-Perez's claim is foreclosed on the merits by *Taniguchi v. Schultz*, 303 F.3d 950, 957-58 (9th Cir. 2002).

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**